UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| VIRGINIA C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv-00188-CSW-RLY |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

Having made its Order directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by her Complaint, and this action is terminated.

**Entered: August 1, 2024**

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford___
Deputy Clerk, U.S. District Court

**Distributed electronically to all ECF-registered counsel of record.**